UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

JANET CORTEZ,                                    Case No.  18-40878

                         Debtor.                       Chapter 7
---------------------------------------------------------------x

## DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

      Janet Cortez, the above-captioned debtor, hereby declares as follows:

      1.     Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition.  Attached are the paystubs I received during that period.

      2.     I swear under penalty of perjury that the foregoing is true and accurate.


Dated: March 5, 2018
       Astoria, New York

                                                                                       */s/Janet Cortez*
                                                                                      Janet Cortez

 **Insperity**

**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: CORTEZ, JANET**        Employee ID: ▓▓▓        Check #: 37276251

**Company: WCD GROUP, LLC *Emteque* (▓▓▓)**

23 ROUTE 31 N STE 26B         Pay Date: 01/12/2018        Pay Type: Hourly

PENNINGTON, NJ 08534         PayPeriod: 12/24/2017 To 01/06/2018         Department: 0

Phone: (609) 730 0007         Pay Frequency: BiWeekly         Location: 0

Gross Earnings: 825.00   Total Taxes: 174.71   Total Deductions: 303.70   Net Pay: 346.59

## Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 12/24/2017 | 01/06/2018 | 33.00 | 25.00 | 825.00 | 825.00 |
| **Gross** | | | **33.00** | | **825.00** | **825.00** |

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K Plan | 165.00 | 165.00 |
| **Total** | **165.00** | **165.00** |
| **After Tax** | | |
| 401K Loans | 138.70 | 138.70 |
| **Total** | **138.70** | **138.70** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 84.43 | 84.43 |
| NY SIT | 13.53 | 13.53 |
| NY SDI | 1.20 | 1.20 |
| Queens NY City Tax | 11.40 | 11.40 |
| SocSec | 51.15 | 51.15 |
| Medicare | 11.96 | 11.96 |
| NY F.L.I. | 1.04 | 1.04 |
| **Total** | **174.71** | **174.71** |

## Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0322 | ########2159 | 346.59 |

**Federal Tax Withholding Elections**

Marital Status: Single
Allowances: 1
Additional Withholding: $ 40.00

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 660.00 |
| Social Security | 825.00 |
| Medicare | 825.00 |

| Insperity PEO Services, L.P. | 19001 Crescent Springs Drive, Kingwood, TX 77339-3802 | 866-715-3552 |
|---|---|---|

 **Insperity**

*Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| **Employee: CORTEZ, JANET** | Employee ID: 2035379 | Check #: 37086586 |
|---|---|---|
| Company: WCD GROUP, LLC *Emteque* (2447801) | | |
| 23 ROUTE 31 N STE 26B | Pay Date: 12/29/2017 | Pay Type: Hourly |
| PENNINGTON, NJ 08534 | PayPeriod: 12/10/2017 To 12/23/2017 | Department: 0 |
| Phone: (609) 730 0007 | Pay Frequency: BiWeekly | Location: 0 |
| Gross Earnings: 2,256.25 | Total Taxes: 585.88 | Total Deductions: 589.95 | Net Pay: 1,080.42 |

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | **Current Pay Period** | | | | |
| Rate 1 - Reg | 12/10/2017 | 12/23/2017 | 76.00 | 25.00 | 1,900.00 | 43962.50 |
| Rate 1 - OT | 12/10/2017 | 12/23/2017 | 9.50 | 37.50 | 356.25 | 11906.25 |
| **Gross** | | | **85.50** | | **2256.25** | **55868.75** |

| **Deductions & Credits** | | | **Taxes** | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| **Pre-Tax** | | | Federal Taxes | 266.30 | 7,062.55 |
| 401K Plan | 451.25 | 10,913.00 | NY SIT | 82.57 | 2,049.31 |
| **Total** | **451.25** | **10,913.00** | NY SDI | 1.20 | 31.20 |
| | | | Queens NY City Tax | 60.36 | 1,402.39 |
| **After Tax** | | | SocSec | 139.89 | 3,463.93 |
| 401K Loans | 138.70 | 905.24 | Medicare | 32.72 | 810.14 |
| **Total** | **138.70** | **905.24** | NY F.L.I. | 2.84 | 30.06 |
| | | | Total | 585.88 | 14,849.58 |

**Direct Deposit Information**

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0322 | ########2159 | 1,080.42 |

**Federal Tax Withholding Elections**

Marital Status: Single
Allowances: 1
Additional Withholding: $ 40.00

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 44,955.75 |
| Social Security | 55,868.75 |
| Medicare | 55,868.75 |

---

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

 **Insperity**

**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee: CORTEZ, JANET**    Employee ID: 2035379    Check #: 36845563

Company: WCD GROUP, LLC *Emteque* (2447801)

23 ROUTE 31 N STE 26B    Pay Date: 12/15/2017    Pay Type: Hourly

PENNINGTON, NJ 08534 | PayPeriod: 11/26/2017 To 12/09/2017 | Department: 0

Phone: (609) 730 0007 | Pay Frequency: BiWeekly | Location: 0

Gross Earnings: 2,281.25 | Total Taxes: 594.98 | Total Deductions: 594.95 | Net Pay: 1,091.32

## Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 11/26/2017 | 12/09/2017 | 80.00 | 25.00 | 2,000.00 | 42062.50 |
| Rate 1 - OT | 11/26/2017 | 12/09/2017 | 7.50 | 37.50 | 281.25 | 11550.00 |
| **Gross** | | | **87.50** | | **2281.25** | **53612.50** |

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K Plan | 456.25 | 10,461.75 |
| **Total** | **456.25** | **10,461.75** |
| **After Tax** | | |
| 401K Loans | 138.70 | 766.54 |
| **Total** | **138.70** | **766.54** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 271.30 | 6,796.25 |
| NY SIT | 83.86 | 1,966.74 |
| NY SDI | 1.20 | 30.00 |
| Queens NY City Tax | 61.23 | 1,342.03 |
| SocSec | 141.44 | 3,324.04 |
| Medicare | 33.08 | 777.42 |
| NY F.L.I. | 2.87 | 27.22 |
| **Total** | **594.98** | **14,263.70** |

## Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0322 | ########2159 | 1,091.32 |

## Federal Tax Withholding Elections

Marital Status: Single
Allowances: 1
Additional Withholding: $ 40.00

## Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 43,150.75 |
| Social Security | 53,612.50 |
| Medicare | 53,612.50 |

Insperity PEO Services, L.P. | 19001 Crescent Springs Drive, Kingwood, TX 77339-3802 | 866-715-3552

 **Insperity**

*Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee: CORTEZ, JANET**   Employee ID: 2035379   Check #: 8996541

Company: WCD GROUP, LLC *Emteque* (2447801)

23 ROUTE 31 N STE 26B   Pay Date: 12/01/2017   Pay Type: Hourly

PENNINGTON, NJ 08534   PayPeriod: 11/12/2017 To 11/25/2017   Department: 0

Phone: (609) 730 0007   Pay Frequency: BiWeekly   Location: 0

Gross Earnings: 800.00   Total Taxes: 169.15   Total Deductions: 160.00   Net Pay: 470.85

---

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 11/12/2017 | 11/25/2017 | 32.00 | 25.00 | 800.00 | 40062.50 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Rate 1 - OT | | | | | | 11268.75 |
| **Gross** | | | 32.00 | | 800.00 | 51331.25 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K Plan | 160.00 | 10,005.50 |
| **Total** | **160.00** | **10,005.50** |
| **After Tax** | | |
| 401K Loans | 0.00 | 627.84 |
| **Total** | **0.00** | **627.84** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 81.43 | 6,524.95 |
| NY SIT | 12.68 | 1,882.88 |
| NY SDI | 1.20 | 28.80 |
| Queens NY City Tax | 11.63 | 1,280.80 |
| SocSec | 49.60 | 3,182.60 |
| Medicare | 11.60 | 744.34 |
| NY F.L.I. | 1.01 | 24.35 |
| **Total** | **169.15** | **13,668.72** |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|

**Federal Tax Withholding Elections**

Marital Status: Single
Allowances: 1
Additional Withholding: $ 40.00

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---:|
| Federal | 41,325.75 |
| Social Security | 51,331.25 |
| Medicare | 51,331.25 |

---

| Insperity PEO Services, L.P. | 19001 Crescent Springs Drive, Kingwood, TX 77339-3802 | 866-715-3552 |